# EXHIBIT B



| HOME | ABOUT US | STORE | FUNDRAISERS | COLLEGIATE LICENSES | BLOG | CONTACT US | View Cart (0 items / $0.00) |

Home › Collections › Products

# Products

Browse this collection's tags:

   

☆☆☆☆☆ No reviews   ☆☆☆☆☆ No reviews   ☆☆☆☆☆ No reviews   ☆☆☆☆☆ No reviews

### Soccer Flip Flops
$34.99

Soccer Flip Flops Reflexology Inspired Designed Comfort / Quality Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

### Soccer Slide
$34.99

Soccer Slides Reflexology Inspired Designed Comfort / Quality Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

### Softball Flip Flops
$34.99

Softball Flip Flops Sewn Seams Leather Upper Strap Reflexology Inspired Designed Comfort / Quality Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

### Softball Slide
$34.99

Softball Slides Reflexology Inspired Designed Comfort / Quality Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

[View Product] [View Product] [View Product] [View Product]

   

☆☆☆☆☆ No reviews   ☆☆☆☆☆ No reviews   ☆☆☆☆☆ No reviews   ☆☆☆☆☆ No reviews

### TCU Basketball Flip Flops

### TCU Basketball Slides
$34.99

### TCU Football Flip-Flops
$34.99

### TCU Football Slides
$34.99

$34.99

Basketball Flip Flops Reflexology Inspired Designed Comfort / Quality Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

Basketball Slides Reflexology Inspired Designed Comfort / Quality Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

Football Flip Flops Reflexology Inspired Designed Comfort / Quality Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

Basketball Slides Reflexology Inspired Designed Comfort / Quality Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

View Product | View Product | View Product | View Product

   

No reviews | No reviews | No reviews | No reviews

### Tennis Backpack - COMING SPRING 2014
$29.95

Tennis Back Pack COMING SPRING 2014 Zippered Ball Compartment Tough / Durable Made in the USA #WearYourSport

### Tennis Flip Flops - COMING SPRING 2014
$34.99

Tennis Flip Flops COMING SPRING 2014 Reflexology Inspired Designed Comfort / Quality Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

### Texas Tech Basketball Flip Flops
$34.99

Basketball Flip Flops Reflexology Inspired Designed Comfort / Quality Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

### Texas Tech Basketball Slides
$34.99

Basketball Slides Reflexology Inspired Designed Comfort / Quality Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

View Product | View Product | View Product | View Product

   

No reviews | No reviews | No reviews | No reviews

### Texas Tech Football Flip Flops
$34.99

Football Flip Flops Reflexology Inspired Designed Comfort / Quality

### Texas Tech Football Slides
$34.99

Football Slides Reflexology Inspired Designed Comfort / Quality

### University of Houston Baseball Flip Flops
$34.99

Baseball Flip Flops Reflexology Inspired Designed Comfort / Quality

### University of Houston Baseball Slides
$34.99

Baseball Slides Reflexology Inspired Designed Comfort / Quality

**Case: 1:14-cv-04649 Document #: 1-2 Filed: 06/19/14 Page 4 of 4 PageID #:18**

Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

View Product

Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

View Product

Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

View Product

Guaranteed Made in the USA REAL Ball Material #WearYourSport Sizing Chart

View Product

« Previous  /  1  /  2  /  3  /  4  /  5  /  Next »  /

#### ABOUT US

In April of 2011, advertising Creative Director Kevin Puterbaugh approached Dallas serial entrepreneur Johnny De La Valdene with the concept for a line of sports flip flops that use materials from sports balls for the insoles. Dozens of prototypes...

Read More

#### PAYMENT METHODS




#### PLEASE CONTACT AT :

2544 Elm Street Suite 100
Dallas, TX 75226

**Tel:** 214-519-1466
**Fax:** 214-741-1384
**Email:** info@jukzshoes.com

#### MAIN MENU

Home
About Us
Store
Fundraisers
Collegiate Licenses
Blog
Contact Us

#### FOOTER

Search
Store
About Us

#### FOLLOW US!




Place your own legal text here via the Theme settings page in admin.

This store is PCI Compliant. Designed by PixelUnion.