# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CHAD HABEEB,** | ) |
| | ) Case No.1:14-cv-04649 |
| Plaintiff, | ) |
| | ) Judge: John W. Darrah |
| v. | ) |
| | ) Magistrate Judge: Daniel G. Martin |
| | ) |
| **JUKES SHOES, LLC,** | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Chad Habeeb, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files this notice of voluntary dismissal WITHOUT PREJUDICE, Defendant has not served an answer or motion for summary judgment in this action. As such, this dismissal is proper and Plaintiff requests that it be so entered.

DATED: July 9, 2014

Respectfully submitted,

s/ Edward L. Bishop
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Ava L. Caffarini
acaffarini@bdl-iplaw.com
Bishop Diehl & Lee, Ltd.
1750 E. Golf Road, Suite 390
Schaumburg, Illinois 60173
(847) 969-9123
(847) 969-9124 (facsimile)

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this July 9, 2014. Any other counsel of record will be served by electronic mail and/or first class mail.

                                              /s/Edward L. Bishop_____
                                               Edward L. Bishop